**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE FUND FOR ANIMALS, *et al.* | : |
| | : |
| Plaintiffs, | : |
| | : |
| | : Civil Action No. 05-777 (EGS) |
| v. | : |
| | : |
| GALE NORTON, Secretary, | : |
| Department of the Interior, | : |
| *et al.* | : |
| | : |
| Defendants. | : |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion of the same date, it is by the Court hereby

**ORDERED** that plaintiffs' motion for preliminary injunction is hereby **DENIED.**


**Signed:   Emmet G. Sullivan**
**United States District Judge**
**June 15, 2005**


Notice via ECF to all counsel of record.